1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   SCOTT JOHNSON,                    No.   CIV. S-13-2351 LKK/AC

12             Plaintiff,

13        v.                           **ORDER**

14   PAUL L. NELSON, and
     DOES 1-10,

15

16             Defendants.

17

18        This matter is set for status conference on February 3,

19   2014.  For the reasons set forth below, the status conference

20   will be continued to March 10, 2014 at 2:00 p.m.

21        Review of the record shows that plaintiff has filed what is

22   represented to be a joint status report.  It is not at all clear

23   that defendant actually participated in preparation of that joint

24   status report.  It is not signed by defendant, and defendant has

25   not otherwise appeared in the action.  Moreover, while plaintiff

26   represents that defendant was served on December 10, 2013, the

27   return of service filed on January 20, 2014 (ECF No. 5) declares

28   that service was accomplished on December 9, 2013 at 8:20 p.m.

                                 1

1   The return of service, by checked box, indicates that service was

2   made "personally on defendant" at an address different from the

3   address of the business of which defendant is allegedly the

4   owner.  More than twenty-one days have passed since service was

5   allegedly accomplished and defendant has failed to respond to the

6   complaint or otherwise appear in this action.[1]

7        For the foregoing reasons, IT IS HEREBY ORDERED that the

8   initial status conference set for February 3, 2014 is reset to

9   March 10, 2014 2:00 p.m.  All parties shall file status reports

10  not later than fourteen days prior to that date.  Plaintiff shall

11  not file a "joint" status report unless it has been jointly

12  prepared and is signed by defendant.  Within ten days from the

13  date this order is entered plaintiff shall serve a copy of the

14  order on defendant and file proof of such service with the court.

15       DATED:  January 29, 2014.

16

17

18

19  _____
    LAWRENCE K. KARLTON
20  SENIOR JUDGE
    UNITED STATES DISTRICT COURT

21

22

23

24

25

26

27  _____
    [1] Although it is not clear, it does not appear that defendant returned a
    waiver of service.  Cf. Fed. R. Civ. P. 4(d).  The court makes no finding at
28  this time whether proper service has been accomplished.

                                    2