UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>PAUL L. NELSON, and DOES 1-10, <br><br>　　　　Defendants. | No.　CIV. S-13-2351 LKK/AC <br><br><br>**ORDER** |

　　By order filed January 30, 2014 (ECF No. 6), the status conference set for February 3, 2014 was continued to March 10, 2014 at 2:00 p.m., the parties were directed to file status reports not later than fourteen days prior to that date, and plaintiff was directed to, within ten days, serve a copy of the order on defendant and file proof of such service with the court. Plaintiff has not complied with the January 30, 2014 order, defendant has not appeared in the action, and there is no further proof that defendant has been served with process.

　　Accordingly, good cause appearing, IT IS HEREBY ORDERED that within ten days from the date of this order plaintiff shall show cause in writing, if any he has, why this action should not be

1

dismissed for lack of prosecution.  Failure to respond to this order will result in the dismissal of this action.  The status conference set for March 10, 2014 is vacated.

DATED:  March 5, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2