UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAUL L. NELSON, and<br>DOES 1-10,<br><br>　　　　Defendants. | No.　CIV. S-13-2351 LKK/AC<br><br><br>**ORDER** |

　　The parties have filed a stipulation seeking dismissal of this action with prejudice. (ECF No. 8-1.) The stipulation provides that "[t]he court shall retain jurisdiction over all disputes between (among) the parties arising out of the settlement agreement, including but not limited to interpretation and enforcement of the terms of the settlement agreement."

　　The parties appear not to have filed the referenced settlement agreement with the court. The court refuses to retain jurisdiction over a settlement agreement that it has had no opportunity to review. Accordingly, the court DECLINES to enter the proposed order.

////

1

```
       IT IS SO ORDERED.

       DATED:  March 10, 2014.



                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

2