UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>            Plaintiff,<br><br>      v.<br><br>PAUL L. NELSON, and<br>DOES 1-10,<br><br>            Defendants. | No.  CIV. S-13-2351 LKK/AC<br><br><br><br>**ORDER** |

    The parties have once again filed a stipulation seeking an order dismissing this action with prejudice, but retaining jurisdiction to interpret and enforce a settlement agreement. (ECF No. 11.)  This court declined to enter the prior stipulated order (ECF No. 8-1), because the parties did not file the referenced settlement agreement with the court, or in any other way provide the court with the ability to know what it was that it might be called upon to interpret and enforce.

    The parties have again asked for dismissal with prejudice, but this time, they request that the Magistrate Judge retain jurisdiction to interpret and enforce a settlement agreement.

1

1  The court still refuses to retain jurisdiction to interpret
2 and enforce a settlement agreement that it has had no opportunity
3 to review.  The parties' substitution of the Magistrate Judge for
4 the district judge does not address the problem.  Accordingly,
5 the court **DECLINES** to enter the proposed order.
6  IT IS SO ORDERED.
7  DATED:  March 17, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2