UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Scott Johnson,

     Plaintiff,

  v.

Paula L Nelson; and Does 1-10,

     Defendants.

Case: 2:13-CV-02351-LKK-AC

**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON**

## <u>ORDER</u>

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: March 25, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1

Stipulation for Dismissal     Case: 2:13-CV-02351-LKK-AC